No. 82–831. KOCK *v.* QUAKER OATS CO. ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 82–842. RAY *v.* TENNESSEE VALLEY AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮

No. 82–851. MURRAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 82–855. JORDAN *v.* BOLGER, POSTMASTER GENERAL OF THE UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 82–858. TAYLOR *v.* HOWARD ET AL. C. A. 10th Cir. Certiorari denied. ▮▮▮▮

No. 82–866. VAUGHN *v.* HINCHY, WITTE, WOOD, ANDERSON, HODGES & BOSTWICK. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮

No. 82–910. LINS *v.* UNITED STATES. Ct. Cl. Certiorari denied. ▮▮▮▮▮▮

No. 82–942. DeCRANE ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. ▮▮▮▮▮▮

No. 82–946. BOX *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. ▮▮▮▮▮

No. 82–5474. AHRENDT ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮

No. 82–5495. STEVENS *v.* NORTH CAROLINA. Super. Ct. N. C., Mecklenburg County. Certiorari denied.

No. 82–5503. APEL *v.* WAINWRIGHT. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮

No. 82–5515. WENTZEL *v.* MONTGOMERY GENERAL HOSPITAL, INC., ET AL. Ct. App. Md. Certiorari denied. ▮▮